In the matter of the estate of Loretta Stuart, a minor. Loretta Stuart and Loretta Stuart, guardian of the estate of Edward Stuart, minor, Anastasia Michalek, guardian of estate of Walter and Theresa Ziolkowski, minors, appellees, v. Walter A. Wade, administrator de bonis non of estate of Walter Ziolkowski, deceased, appellant. Gen. No. 39,685.

Heard in the third division of this court for the first district at the October term, 1937. Opinion filed June 29, 1938. Rehearing opinion filed October 26, 1938.

Walter A. Wade, *pro se.* Seymour M. Lewis and Leon M. Despres, for certain appellees. Payton J. Tuohy, for certain other appellee; Alexander J. Moody, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.